# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0516. JEAN B. ST. FELIX v. VAN LIS, LLC.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Jean B. St. Felix appealed to the superior court, which issued a writ of possession in favor of Van Lis, LLC on June 1, 2017. St. Felix then filed this pro se application for discretionary appeal on June 16, 2017. We, however, lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). However, appeals from judgments in dispossessory actions must be filed within 7 days of the date the judgment was entered. OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, St. Felix filed this application 15 days after the superior court's order was entered. For this reason, St. Felix's untimely application is hereby DISMISSED for lack of jurisdiction.

We note, however, that St. Felix contends he was unable to comply with the statutory deadline because the trial court failed to serve him with a copy of the June 1, 2017 order. If St. Felix did not receive timely notice of the order, his remedy is to

petition the trial court to vacate and re-enter the order as a means of correcting the problem. *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980). The re-entry of the order will begin anew the time for filing an application in this Court. See *Cambron*, supra.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/14/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*